[No. 11569-1-III.   Division Three.   July 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ALLEN WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00003-7, Evan E. Sperline, J., entered March 8, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[Nos. 11085-1-III; 11396-5-III.   Division Three.   July 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORIO BENITO MEDINA, *Appellant*.

*In the Matter of the Personal Restraint of* GREGORIO BENITO MEDINA, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00115-7, Marcus M. Kelly, J., entered August 31, 1990, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11435-0-III.   Division Three.   July 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY IGNATIUS KOSCHNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01557-0, William J. Grant, J., entered February 14, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney and Webster, JJ.